Amos W. Wright et al., as Executors of Mary W. Wright, Deceased, Respondents, *v.* Frederick W. Wright et al., Appellants.

*Wright* v. *Wright*, 114 App. Div. 900, affirmed.
(Argued December 9, 1907; decided December 20, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for the construction of a will.

*Jacob Marks* and *William Z. Larned* for appellants.

*Wilson M. Powell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Werner, Willard Bartlett and Hiscock, JJ.

---

Harry M. Smith, Respondent, *v.* Fanny J. Kirkwood et al., as Executors of Thomas Kirkwood, Deceased, Appellants.

*Smith* v. *Kirkwood*, 116 App. Div. 918, affirmed.
(Argued December 9, 1907; decided December 20, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*H. Schieffelin Sayers* for appellants.

*Charles De Hart Brower* and *William R. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Werner, Willard Bartlett and Hiscock, JJ.